O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN SWANSON, Derivatively on behalf of New Century Financial Corporation,<br><br>    Plaintiff,<br><br> v.<br><br>ROBERT K. COLE; WILLIAM J. POPEJOY; BRAD A. MORRICE; DAVID EINHORN; MARILYN A. ALEXANDER; PATTI M. DODGE; HAROLD A. BLACK; TAJ S. BINDRA; DONALD E. LANGE; EDWARD F. GOTSCHALL; FREDERIC J. FORSTER; MICHAEL M. SACHS and RICHARD A. ZONA and NEW CENTURY FINANCIAL CORPORATION, a Maryland corporation,<br><br>    Defendants. | Case No. SACV 07-00310 DDP (JTLx)<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>[Motion filed on May 21, 2009] |

  This matter comes before the Court on a Motion by the New Century Liquidating Trust as successor to New Century Financial Corporation to Dismiss this derivative action. The Liquidating Trust argues that a derivative action on behalf of the corporation is the property of New Century's bankruptcy estate, which it has

the exclusive right to pursue. As there has been no Opposition to this Motion by the Plaintiff, the Court grants the Motion.

The Local Rules for the Central District of California require a party opposing a motion to file either an opposing brief or a statement of non-opposition "not later than fourteen (14) days before the date designated for the hearing of the motion." C.D. Cal. L.R. 7-9. The Local Rules further provide that a party's "failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. Cal. L.R. 7-12.

The Liquidating Trust filed this Motion on May 21, 2009, and noticed the Motion for a June 15, 2009 hearing. Plaintiff's opposition was therefore due on June 1, 2009.[1] As of the date of this Order, Plaintiff has yet to file an Opposition or a Statement of Non-Opposition. Additionally, Plaintiff has not filed a request for the Court to continue the hearing date or for other relief. The Court deems Plaintiff's failure to respond to the Motion as consent to the granting of the Motion, grants the Motion, and dismisses Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: June 11, 2009

DEAN D. PREGERSON
United States District Judge

---

[1] The Court notes that Plaintiff is represented by counsel.

2